UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS HENNING,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMPLIPHI BIOSCIENCES CORPORATION, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 19cv728-LAB (NLS)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a notice of voluntary dismissal of this case as moot. (Docket no. 3.) No Defendants have answered or otherwise appeared. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITHOUT PREJUDICE**, but without leave to amend.

**IT IS SO ORDERED**.

Dated: May 6, 2019

_____
Hon. Larry Alan Burns
Chief United States District Judge